## Porta-Drill, Inc., Appellant, *v.* R. M. Hall Corporation.

Argued September 29, 1966. Before Bell, C. J., Musmanno, Jones, Cohen, Eagen, O'Brien and Roberts, JJ.

*Frank W. Ittel,* with him *Frank W. Ittel, Jr.,* and *Reed, Smith, Shaw & McClay,* for appellant.

*William D. Sutton,* with him *Clyde A. Armstrong,* and *Thorp, Reed & Armstrong,* for appellees.

Opinion Per Curiam, November 15, 1966:
Decree affirmed. Costs on appellant.

## Commonwealth ex rel. Specter *v.* Douglass, Appellant.

Argued September 29, 1966. Before Bell, C. J., Musmanno, Jones, Cohen, Eagen, O'Brien and Roberts, JJ.

638 

 reargument refused December 5, 1966.

*Edward B. Bergman,* with him *Solo, Abrams, Bergman, Trommer & Padova,* for appellant.

*Leslie J. Carson, Jr.,* Assistant District Attorney, with him *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for appellee.

OPINION PER CURIAM, November 15, 1966: Order affirmed.

## Britz Construction Company *v.* Wingate Construction Company, Appellant.

Argued November 17, 1966. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN and O'BRIEN, JJ.

